UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YALFRISON ENRIQUE DURAN-RODRIGUEZ,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY,<br>Respondents. | Case No.: 26-cv-3726-CAB-DEB<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner Yalfrison Enrique Duran-Rodriguez has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition"). This is Petitioner's third petition. *See* Case Nos. 3:25-cv-3096-CAB-DEB; 3:26-cv-2507-CAB-DEB.

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). The Petition provides no new information or grounds for relief that were not raised in the two prior petitions. Therefore, the Court **DISMISSES** the Petition.

<u>The Clerk of the Court shall close the case.</u> It is **SO ORDERED.**

Dated: August 12, 2026

Hon. Cathy Ann Bencivengo
United States District Judge